Dear Clerk of Court

I just sent you my application to proceed in forma pauperis.

I got your copy of Local Rules.

I've tried to get an attorney to help me but they won't because they have cilents former employers of mine who don't want me to proceed with this case.

They all know I'll win it!

I have a copyright H.P.K., Hi-Point Kid I created in 1978.

Quality Refrigerated Services, Inc. is a Packing Plant.

In 1978 when I created the copyright the State of Ia Voc. Rehab. told me if was ever lucky enough to get a job in a packing plant and they fired you for what ever reason you probably never have to work again, you need a court order for piss test or drug screan test. I took 3 of them and pased everyone!

There are lots of elegal things going on at Q.R.S.

Harassment, sexual harassment, Wrongfull terminations, Violations of copyrights, Failure to Promote, discrimination of handicaped, They even hacked into my medical files and defimation of cractor

lible & Slander
I hope I've done everthing needed to proceed with this case against Quality Refrigerated Services Inc.
case No. C10-4130-MWB

Thank you
Stephen R. Smith  1-7-11

Any
questions please call # 712-262-7830
its all due by Jan. 12th 2011

Stephen Smith
1517 3rd Ave W
Spencer, Ia 51301

United States District Court
320 6th St Room 301
Sioux City, Ia, 51101-1210

1/8/11
djs

SIOUX FALLS SD 572
08 JAN 2011 PM 2 L