IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| STEPHEN R. SMITH, | |
| Plaintiff, | No. C10-4130-PAZ |
| vs. | |
| QUALITY REFRIGERATED SERVICES, INC., | JUDGMENT IN A CIVIL CASE |
| Defendants. | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Stephen R. Smith, take nothing and this action is dismissed without prejudice.

Dated: May 10, 2011
ROBERT L. PHELPS
Clerk

_____/s/ des_____
(By) Deputy Clerk